## A91A0735. THE STATE v. GARY et al.
(432 SE2d 123)

BLACKBURN, Judge.

In *State v. Gary*, 201 Ga. App. 556 (411 SE2d 536) (1991), this court reversed the trial court's grant of the appellees' motion to suppress evidence seized during a search of their home pursuant to a search warrant. However, in *Gary v. State*, 262 Ga. 573 (422 SE2d 426) (1992), the Supreme Court reversed, holding that the good-faith exception to the exclusionary rule enunciated in *United States v. Leon*, 468 U. S. 897 (104 SC 3405, 82 LE2d 677) (1984), is not applicable in Georgia in light of the statutory exclusionary rule provided in OCGA § 17-5-30. Accordingly, this court's original judgment is vacated, and the judgment of the Supreme Court is hereby made the judgment of this court. The judgment of the trial court is, therefore, affirmed.

*Judgment affirmed. McMurray, P. J., and Andrews, J., concur.*

DECIDED APRIL 14, 1993.

*Timothy G. Madison, District Attorney, Jeffery G. Morrow, Assistant District Attorney*, for appellant.
*Jack S. Davidson, H. Bradford Morris, Jr.*, for appellees.